UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20417-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JANIE SPIVEY BRYANT**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Magistrate Judge Chris McAliley's Sealed *Ex Parte* Report and Recommendation Regarding CJA Payment to Robert Stickney, Esq. [ECF No. 228], and attorney Robert W. Stickney's Notice [ECF No. 229] indicating he has no objection to the Report. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 228]** is **ADOPTED**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 21st day of September, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record